FILED
JUN 10 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **BRIAN HORNE** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **C.A. 04-520 M** |
| **v.** | ) | |
| | ) | |
| **AMERIQUEST MORTGAGE COMPANY** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**DISMISSAL STIPULATION**

The Plaintiff hereby dismisses his complaint with prejudice.

Brian Horne
By his Attorney,

Christopher M. Lefebvre
Claude Lefebvre, Christopher Lefebvre P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
Bar # 4019

**CERTIFICATION**

I hereby certify that I mailed a copy of the above to William M. Walsh Esquire at Ablitt & Caruolo, PC 33 College Hill Road Bldg. 15C Warwick R.I. on this 6 th day of June 2005.

Christopher M. Lefebvre

Enter:
Mary M. Lisi
USDJ 6/13/05